# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-11515-7 REN  
**Case Name:** HARRIS, YVETTE MICHELLE  

**Period Ending:** 09/30/18

**Trustee:** (360070) DARCY D WILLIAMSON  
**Filed (f) or Converted (c):** 08/10/16 (f)  
**§341(a) Meeting Date:** 09/12/16  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2702 N Chautauqua, Wichita, KS | 81,000.00 | 0.00 | | 0.00 | FA |
| 2 | 813 N Poplar, Wichita, KS (1/2 Interest) (See Footnote) | 0.00 | 32,000.00 | | 0.00 | 40,000.00 |
| 3 | 2001 Mercedes E320 | 4,500.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods | 1,800.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Wichita Federal Credit Union savings account | 42.00 | 0.00 | | 0.00 | FA |
| 8 | Trans America retirement account | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | Westar Energy security deposit | 220.00 | 0.00 | | 0.00 | FA |
| 10 | 2016 Tax refunds (u) | Unknown | 155.98 | | 0.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$93,662.00** | **$32,155.98** | | **$0.00** | **$40,000.00** |

RE PROP# 2    For UST reporting purposes Trustee estimated value to be $40,000 less $8,000 costs. Debtor's elderly father lives here and it is his homestead. To file NDR.

**Major Activities Affecting Case Closing:**

Investigated value of debtor's 1/2 interest in Asset #2. A Notice of Interest was filed of record. To pursue assets as appropriate if fatheer moves or passes.

Case 16-11515    Doc# 29    Filed 10/23/18    Page 1 of 2      Printed: 10/19/2018 09:20 AM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-11515-7 REN  **Trustee:** (360070)  DARCY D WILLIAMSON
**Case Name:** HARRIS, YVETTE MICHELLE  **Filed (f) or Converted (c):** 08/10/16 (f)
  **§341(a) Meeting Date:** 09/12/16
**Period Ending:** 09/30/18  **Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 30, 2017   **Current Projected Date Of Final Report (TFR):** December 30, 2018